## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**v.**                                No. 4:21-CR-00285-03-JM

**BIANCA LAVONDA**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 383) is DENIED.

The Court applied Amendment 821 to Defendant's case when she was sentenced on October 18, 2023.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into her plea agreement, including this waiver, she is not entitled to relief.[2]

IT IS SO ORDERED this 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 288.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).