IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.     No. 4:21-CR-00285-03-JM

**BIANCA LAVONDA**

### ORDER

Defendant's Motion for Reconsideration (Doc. No. 386) is DENIED.

Again, Amendment 821 was applied at sentencing and Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1]  Because Defendant knowingly and voluntarily entered into her plea agreement, including this waiver, she is not entitled to relief.[2]

To the extent Defendant is requesting compassionate release, she has failed to put forth extraordinary and compelling reasons to warrant relief.

IT IS SO ORDERED this 15th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 288.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).